United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA CORN,<br><br>   Plaintiff,<br><br> v.<br><br>KOHL'S CORPORATION, et al.,<br><br>   Defendants. | Case No. 24-cv-02455-CRB   (LJC)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY**<br><br>Re: Dkt. No. 35 |

TO ALL PARTIES AND COUNSEL OF RECORD:

  This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. The undersigned is reviewing the Defendants' Notice of Discovery Dispute. ECF No. 35. If Plaintiff still seeks to depose the cashier that processed Plaintiff's September 30, 2023 purchase, Plaintiff may submit a reply to Defendants' Notice of Discovery Dispute, not to exceed five pages, by February 12, 2025. The undersigned will order a telephone conference, hearing, and/or further briefing, if needed. For all future discovery disputes that the parties seek to resolve through this Court, the parties must comply with the procedures set forth in the Standing Order for Magistrate Judge Cisneros, available at https://cand.uscourts.gov/lisa-j-cisneros/.

  Please contact the Courtroom Deputy Clerk Brittany Sims at ljccrd@cand.uscourts.gov with any questions.

  **IT IS SO ORDERED.**

Dated: February 7, 2025

                     _____
                     LISA J. CISNEROS
                     United States Magistrate Judge